Timothy M. Lynch
Hozubin, Moberly, Lynch & Associates
711 M Street, Suite 2
Anchorage, Alaska 99501
(907) 276-5297 telephone
(907) 276-5291 facsimile
tlynch@northlaw.com

*Attorneys for Great Divide Insurance Company*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREAT DIVIDE INSURANCE COMPANY ) <br> ) <br>        Plaintiff, ) <br> v. ) <br> ) <br> MOHAMMED ALI, individually, VALERY ) <br> ALI, individually, BENGAL BUILDER, INC., ) <br> BENGAL GROUP, LLC, A&V FAMILY ) <br> TRUST, EASIN ALI, individually, and ) <br> SHAIKH A. BASHAR, individually ) <br> ) <br>        Defendants. ) <br> _____) | Civil Action No. 3:15-cv-0055-TMB |

## APPLICATION FOR ENTRY OF
## DEFAULT OF A&V FAMILY TRUST

To:     Clerk of Court
           U.S. District Court for the District of Alaska
           222 W. 7th Ave, #4
           Anchorage, AK 99513

Pursuant to Fed. Civ. R. 55, Plaintiff, Great Divide Insurance Company, requests that you enter default against defendant, A&V Family Trust, for failure to enter an appearance, plead or otherwise defend this action, as appears from the affidavit filed with this application.

Application for Entry of Default of A&V Family Trust                                      Page 1 of 2
*Great Divide Insurance Co. v. Mohammed Ali, et al.*                              Civil Action No. 3:15-cv-0055-TMB
Case 3:15-cv-00055-TMB    Document 12    Filed 06/11/15    Page 1 of 2

Hozubin, Moberly, Lynch & Associates
An Association of Professional Corporations
711 M Street, Suite 2, Anchorage, Alaska 99501
P: 907.276.5297  F: 907.276.5291

RESPECTFULLY submitted at Anchorage, Alaska this 11th day of June, 2015.

        HOZUBIN, MOBERLY, LYNCH & ASSOCIATES
        Attorneys for Great Divide Insurance Company

By:  s/ Timothy M. Lynch
     Timothy M. Lynch
     Hozubin, Moberly, Lynch & Associates
     711 M Street, Suite 2
     Anchorage, AK 99501
     (907) 276-5297 telephone
     (907) 276-5291 facsimile
     tlynch@northlaw.com
     Alaska Bar No. 7111030

Certificate of Service

The undersigned herby certifies that on 11th day of June, 2015 a true and correct copy of the foregoing was served via electronic delivery by CM/ECF to:

J.E. Wiederholt                        *Attorneys for Easin. Ali and Shaikh A. Bashar*
Aglietti, Offret & Woofter
733 West 4th Avenue, Suite 206
Anchorage, AK 99501


  s/ Vanessa Hope
_____
Hozubin, Moberly, Lynch & Associates

Application for Entry of Default of A&V Family Trust    Page 2 of 2
*Great Divide Insurance Co. v. Mohammed Ali, et al.*    Civil Action No. 3:15-cv-0055-TMB
Case 3:15-cv-00055-TMB   Document 12   Filed 06/11/15   Page 2 of 2