Timothy M. Lynch
HOZUBIN, MOBERLY, LYNCH & ASSOCIATES
711 M Street, Suite 2
Anchorage, Alaska 99501
(907) 276-5297 telephone
(907) 276-5291 facsimile
tlynch@northlaw.com

*Attorneys for Great Divide Insurance Company*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| GREAT DIVIDE INSURANCE COMPANY ) <br> ) <br>        Plaintiff, ) <br> v. ) <br> ) <br> MOHAMMED ALI, individually, VALERY ) <br> ALI, individually, BENGAL BUILDER, INC., ) <br> BENGAL GROUP, LLC,　A&V FAMILY ) <br> TRUST, EASIN ALI, individually, and ) <br> SHAIKH A. BASHAR, individually ) <br> ) <br>       Defendants. ) <br> _____ ) | <br><br><br><br><br><br><br><br><br><br><br>Civil Action No. 3:15-cv-0055-TMB |

**MOTION FOR FINAL JUDGMENT BY**
**DEFAULT AGAINST BENGAL BUILDER, INC.**

Comes now Great Divide Insurance Company pursuant to Fed. Civ. R. 55(a)(2) and moves this court to issue a final judgment by default against Bengal Builder, Inc.  The Clerk of Court has previously entered default against Bengal Builder, Inc. as a result of their failure to timely enter an appearance, plead or otherwise defend this action.[1]  This motion is supported by the Memorandum of Points and Authorities filed herewith.

---

[1] Doc. Number 23 filed June 22, 2015.

Motion for Default Judgment Against Bengal Builder, Inc.      Page 1 of 2
*Great Divide Insurance Co. v. Mohammed Ali, et al.*      Civil Action No. 3:15-cv-0055-TMB
Case 3:15-cv-00055-TMB　Document 32　Filed 07/02/15　Page 1 of 2

Hozubin, Moberly, Lynch & Associates
An Association of Professional Corporations
711 M Street, Suite 2, Anchorage, Alaska 99501
P: 907.276.5297　F: 907.276.5291

RESPECTFULLY submitted at Anchorage, Alaska this 2nd day of July, 2015.

HOZUBIN, MOBERLY, LYNCH & ASSOCIATES
Attorneys for Great Divide Insurance Company


By:    s/ Timothy M. Lynch
           Timothy M. Lynch
           HOZUBIN, MOBERLY, LYNCH & ASSOCIATES
           711 M Street, Suite 2
           Anchorage, AK 99501
           (907) 276-5297 telephone
           (907) 276-5291 facsimile
           tlynch@northlaw.com
           Alaska Bar No. 7111030

Certificate of Service

The undersigned herby certifies that
on 2nd day of July, 2015 a true and
correct copy of the foregoing was served
via electronic delivery by CM/ECF to:

J.E. Wiederholt                          *Attorneys for Easin. Ali and Shaikh A. Bashar*
Aglietti, Offret & Woofter
733 West 4th Avenue, Suite 206
Anchorage, AK  99501


    s/ Vanessa Hope
_____
HOZUBIN, MOBERLY, LYNCH & ASSOCIATES

Hozubin, Moberly, Lynch & Associates
An Association of Professional Corporations
711 M Street, Suite 2, Anchorage, Alaska 99501
P: 907.276.5297  F: 907.276.5291

Motion for Default Judgment Against Bengal Builder, Inc.                          Page 2 of 2
*Great Divide Insurance Co. v. Mohammed Ali, et al.*                     Civil Action No. 3:15-cv-0055-TMB
Case 3:15-cv-00055-TMB   Document 32   Filed 07/02/15   Page 2 of 2