Timothy M. Lynch
HOZUBIN, MOBERLY, LYNCH & ASSOCIATES
711 M Street, Suite 2
Anchorage, Alaska 99501
(907) 276-5297 telephone
(907) 276-5291 facsimile
tlynch@northlaw.com

*Attorneys for Great Divide Insurance Company*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| GREEN DIVIDE INSURANCE COMPANY )<br>)<br>Plaintiff, )<br>v. )<br>)<br>MOHAMMED ALI, individually, VALERY )<br>ALI, individually, BENGAL BUILDER, INC., )<br>BENGAL GROUPS, LLC, A&V FAMILY )<br>TRUST, EASIN ALI, individually, and )<br>SHAIKH A. BASHAR, individually )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 3:15-cv-0055-TMB |

**MOTION FOR FINAL JUDGMENT BY**
**DEFAULT AGAINST BENGAL GROUPS, INC.**

Comes now Great Divide Insurance Company pursuant to Fed. Civ. R. 55(a)(2) and moves this court to issue a final judgment by default against Bengal Groups, LLC. The Clerk of Court has previously entered default against Bengal Groups, LLC, as a result of their failure to timely enter an appearance, plead or otherwise defend this action.[1] This motion is supported by the Memorandum of Points and Authorities filed herewith.

---

[1] Doc. Number 24 filed June 22, 2015.

Motion for Default Judgment Against Bengal Groups, LLC — Page 1 of 2
*Great Divide Insurance Co. v. Mohammed Ali, et al.* — Civil Action No. 3:15-cv-0055-TMB
Case 3:15-cv-00055-TMB   Document 34   Filed 07/02/15   Page 1 of 2

RESPECTFULLY submitted at Anchorage, Alaska this 2nd day of July, 2015.

HOZUBIN, MOBERLY, LYNCH & ASSOCIATES
Attorneys for Great Divide Insurance Company

By: s/ Timothy M. Lynch
Timothy M. Lynch
HOZUBIN, MOBERLY, LYNCH & ASSOCIATES
711 M Street, Suite 2
Anchorage, AK 99501
(907) 276-5297 telephone
(907) 276-5291 facsimile
tlynch@northlaw.com
Alaska Bar No. 7111030

Certificate of Service

The undersigned herby certifies that on 2nd day of July, 2015 a true and correct copy of the foregoing was served via electronic delivery by CM/ECF to:

J.E. Wiederholt *Attorneys for Easin. Ali and Shaikh A. Bashar*
Aglietti, Offret & Woofter
733 West 4th Avenue, Suite 206
Anchorage, AK 99501

s/ Vanessa Hope
HOZUBIN, MOBERLY, LYNCH & ASSOCIATES

Motion for Default Judgment Against Bengal Groups, LLC Page 2 of 2
*Great Divide Insurance Co. v. Mohammed Ali, et al.* Civil Action No. 3:15-cv-0055-TMB
Case 3:15-cv-00055-TMB   Document 34   Filed 07/02/15   Page 2 of 2

Hozubin, Moberly, Lynch & Associates
An Association of Professional Corporations
711 M Street, Suite 2, Anchorage, Alaska 99501
P: 907.276.5297  F: 907.276.5291