Timothy M. Lynch
HOZUBIN, MOBERLY, LYNCH & ASSOCIATES
711 M Street, Suite 2
Anchorage, Alaska 99501
(907) 276-5297 telephone
(907) 276-5291 facsimile
tlynch@northlaw.com

*Attorneys for Great Divide Insurance Company*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| GREAT DIVIDE INSURANCE COMPANY )<br>)<br>Plaintiff, )<br>v. )<br>)<br>MOHAMMED ALI, individually, VALERY )<br>ALI, individually, BENGAL BUILDER, INC., )<br>BENGAL GROUP, LLC, A&V FAMILY )<br>TRUST, EASIN ALI, individually, and )<br>SHAIKH A. BASHAR, individually )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 3:15-cv-0055-TMB |

**NOTICE OF FILING SETTLEMENT AGREEMENT
&
DISMISSAL BEFORE ANSWER**

COMES NOW Plaintiff, Great Divide Insurance Company (hereafter "Great Divide"), by and through their counsel of record, Hozubin, Moberly, Lynch & Associates, and files herewith the executed Settlement Agreement between Great Divide and defendants, Easin Ali and Shaikh A. Bashar. Exhibit A.

In consideration for their execution of the Settlement Agreement, Great Divide, in accordance with Federal Civil Rule 41(a)(1)(A)(i), hereby gives notice of dismissal of this action

Not of Filing Settlement Agreement & Dismissal Before Answer Page 1 of 2
*Great Divide Insurance Co. v. Mohammed Ali, et al.* Civil Action No. 3:15-cv-0055-TMB
Case 3:15-cv-00055-TMB Document 38 Filed 07/07/15 Page 1 of 2

against Easin Ali and Shaikh A. Bashar prior to their filing of an Answer to the Complaint for Declaratory Relief.

RESPECTFULLY submitted at Anchorage, Alaska this 7th day of July, 2015.

HOZUBIN, MOBERLY, LYNCH & ASSOCIATES
Attorneys for Great Divide Insurance Company

By: s/ Timothy M. Lynch
Timothy M. Lynch
HOZUBIN, MOBERLY, LYNCH & ASSOCIATES
711 M Street, Suite 2
Anchorage, AK 99501
(907) 276-5297 telephone
(907) 276-5291 facsimile
tlynch@northlaw.com
Alaska Bar No. 7111030

Certificate of Service

The undersigned herby certifies that on 7th day of July, 2015 a true and correct copy of the foregoing was served via electronic delivery by CM/ECF to:

J.E. Wiederholt    *Attorneys for Easin Ali and Shaikh A. Bashar*
Aglietti, Offret & Woofter
733 West 4th Avenue, Suite 206
Anchorage, AK 99501

s/ Vanessa Hope
HOZUBIN, MOBERLY, LYNCH & ASSOCIATES

Not of Filing Settlement Agreement & Dismissal Before Answer        Page 2 of 2
*Great Divide Insurance Co. v. Mohammed Ali, et al.*        Civil Action No. 3:15-cv-0055-TMB
Case 3:15-cv-00055-TMB   Document 38   Filed 07/07/15   Page 2 of 2