Hozubin, Moberly, Lynch & Associates
An Association of Professional Corporations
711 M Street, Suite 2, Anchorage, Alaska 99501
P: 907.276.5297  F: 907.276.5291

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREAT DIVIDE INSURANCE COMPANY )<br>)<br>Plaintiff, )<br>v. )<br>)<br>MOHAMMED ALI, individually, VALERY )<br>ALI, individually, BENGAL BUILDER, INC., )<br>BENGAL GROUP, LLC,  A&V FAMILY )<br>TRUST, EASIN ALI, individually, and )<br>SHAIKH A. BASHAR, individually )<br>)<br>Defendants. )<br>_____) | Civil Action No. 3:15-cv-0055-TMB |

## FINAL JUDGMENT BY DEFAULT
## AGAINST A&V FAMILY TRUST

Plaintiff, Great Divide Insurance Company, having moved for entry of a final judgment by default against defendant, A&V Family Trust and the court being fully advised

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. Great Divide insurance policy number GC955413 does not provide coverage to A& V Family Trust for any and all claims asserted by Easin Ali and Shaikh Bashar against Bengal Group, LLC including but not limited to the allegations and claims asserted in *Easin All and Shaikh A. Bashar v. W.W. Wilson III, Cash Alaska II, LLC, Mohamed All, Valery R. Ali, Bengal Builder, Inc., CNA Surety / Western Surety Company Bond No. 71427181, Bengal Builder LLC A&V Family Trust, and John Does I-V* bearing case number 3AN-15-4840 Civil.; and

2. A&V Family Trust and any or all of its agents, successors, heirs and assigns are enjoined from attempting to enforce any defense and/or indemnity provisions of

Final Judgment by Default Against A&V Family Trust                                              Page 1 of 2
*Great Divide Insurance Co. v. Mohammed Ali, et al.*                          Civil Action No. 3:15-cv-0055-TMB
Case 3:15-cv-00055-TMB   Document 39   Filed 07/07/15   Page 1 of 2

insurance policy number GC955413 as to any and all claims asserted in *Easin All and Shaikh A. Bashar v. W.W. Wilson III, Cash Alaska II, LLC, Mohamed All, Valery R. Ali, Bengal Builder, Inc., CNA Surety / Western Surety Company Bond No. 71427181, Bengal Builder LLC A&V Family Trust, and John Does I-V* bearing case number 3AN-15-4840 Civil.

Date: July 7, 2015          S/TIMOTHY M. BURGESS
                            Honorable Timothy M. Burgess
                            United States District Judge

Hozubin, Moberly, Lynch & Associates
An Association of Professional Corporations
711 M Street, Suite 2, Anchorage, Alaska 99501
P: 907.276.5297   F: 907.276.5291

Final Judgment by Default Against A&V Family Trust                           Page 2 of 2
*Great Divide Insurance Co. v. Mohammed Ali, et al.*         Civil Action No. 3:15-cv-0055-TMB
Case 3:15-cv-00055-TMB   Document 39   Filed 07/07/15   Page 2 of 2