Hozubin, Moberly, Lynch & Associates
An Association of Professional Corporations
711 M Street, Suite 2, Anchorage, Alaska 99501
P: 907.276.5297  F: 907.276.5291

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREAT DIVIDE INSURANCE COMPANY )<br>)<br>Plaintiff, )<br>v. )<br>)<br>MOHAMMED ALI, individually, VALERY )<br>ALI, individually, BENGAL BUILDER, INC., )<br>BENGAL GROUP, LLC,  A&V FAMILY )<br>TRUST, EASIN ALI, individually, and )<br>SHAIKH A. BASHAR, individually )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 3:15-cv-0055-TMB |

## FINAL JUDGMENT BY DEFAULT
## AGAINST BENGAL BUILDER, INC.

Plaintiff, Great Divide Insurance Company, having moved for entry of a final judgment by default against defendant, Bengal Builder, Inc. and the court being fully advised

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. Great Divide insurance policy number GC955413 does not provide coverage to Bengal Builder, Inc. for any and all claims asserted by Easin Ali and Shaikh Bashar against Bengal Builder, Inc. including but not limited to the allegations and claims asserted in *Easin All and Shaikh A. Bashar v. W.W. Wilson III, Cash Alaska II, LLC, Mohamed All, Valery R. Ali, Bengal Builder, Inc., CNA Surety / Western Surety Company Bond No. 71427181, Bengal Builder LLC A&V Family Trust, and John Does I-V* bearing case number 3AN-15-4840 Civil.; and

Final Judgment by Default Against Bengal Builder, Inc.                                                  Page 1 of 2
*Great Divide Insurance Co. v. Mohammed Ali, et al.*                                Civil Action No. 3:15-cv-0055-TMB

Case 3:15-cv-00055-TMB   Document 40   Filed 07/07/15   Page 1 of 2

Hozubin, Moberly, Lynch & Associates
An Association of Professional Corporations
711 M Street, Suite 2, Anchorage, Alaska 99501
P: 907.276.5297   F: 907.276.5291

2.     Bengal Builder, Inc. and any or all of its agents, successors, heirs and assigns are enjoined from attempting to enforce any defense and/or indemnity provisions of insurance policy number GC955413 as to any and all claims asserted by Easin Ali and Shaikh Bashar against Bengal Builder, Inc. including but not limited to the allegations and claims asserted in *Easin Ali and Shaikh A. Bashar v. W.W. Wilson III, Cash Alaska II, LLC, Mohamed Ali, Valery R. Ali, Bengal Builder, Inc., CNA Surety / Western Surety Company Bond No. 71427181, Bengal Builder LLC A&V Family Trust, and John Does I-V* bearing case number 3AN-15-4840 Civil..

Date: July 7, 2015                   s/TIMOTHY M. BURGESS
                                                      Honorable Timothy M. Burgess
                                                      United States District Judge

Final Judgment by Default Against Bengal Builder, Inc.                      Page 2 of 2
*Great Divide Insurance Co. v. Mohammed Ali, et al.*                      Civil Action No. 3:15-cv-0055-TMB
Case 3:15-cv-00055-TMB    Document 40    Filed 07/07/15    Page 2 of 2