Hozubin, Moberly, Lynch & Associates
An Association of Professional Corporations
711 M Street, Suite 2, Anchorage, Alaska 99501
P: 907.276.5297  F: 907.276.5291

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREAT DIVIDE INSURANCE COMPANY ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> MOHAMMED ALI, individually, VALERY ) <br> ALI, individually, BENGAL GROUP, LLC, ) <br> BENGAL GROUPS, LLC,  A&V FAMILY ) <br> TRUST, EASIN ALI, individually, and ) <br> SHAIKH A. BASHAR, individually ) <br> ) <br> Defendants. ) <br> _____ ) | Civil Action No. 3:15-cv-0055-TMB |

## FINAL JUDGMENT BY DEFAULT
## AGAINST BENGAL GROUPS, LLC

Plaintiff, Great Divide Insurance Company, having moved for entry of a final judgment by default against defendant, Bengal GroupS, LLC. and the court being fully advised

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. Great Divide insurance policy number GC955413 does not provide coverage to Bengal Groups, LLC for any and all claims asserted by Easin Ali and Shaikh Bashar against Bengal Groups, LLC including but not limited to the allegations and claims asserted in *Easin All and Shaikh A. Bashar v. W.W. Wilson III, Cash Alaska II, LLC, Mohamed All, Valery R. Ali, Bengal Builder, Inc., CNA Surety / Western Surety Company Bond No. 71427181, Bengal Builder LLC A&V Family Trust, and John Does I-V* bearing case number 3AN-15-4840 Civil.; and

2. Bengal Groups, LLC and any or all of its agents, successors, heirs and assigns are enjoined from attempting to enforce any defense and/or indemnity provisions of

Final Judgment by Default Against Bengal Groups, LLC                                     Page 1 of 2
*Great Divide Insurance Co. v. Mohammed Ali, et al.*                           Civil Action No. 3:15-cv-0055-TMB
Case 3:15-cv-00055-TMB   Document 41   Filed 07/07/15   Page 1 of 2

insurance policy number GC955413 as to any and all claims asserted in *Easin All and Shaikh A. Bashar v. W.W. Wilson III, Cash Alaska II, LLC, Mohamed All, Valery R. Ali, Bengal Builder, Inc., CNA Surety / Western Surety Company Bond No. 71427181, Bengal Builder LLC A&V Family Trust, and John Does I-V* bearing case number 3AN-15-4840 Civil.

Date: July 7, 2015

s/TIMOTHY M. BURGESS
Honorable Timothy M. Burgess
United States District Judge

Hozubin, Moberly, Lynch & Associates
An Association of Professional Corporations
711 M Street, Suite 2, Anchorage, Alaska 99501
P: 907.276.5297  F: 907.276.5291

Final Judgment by Default Against Bengal Groups, LLC  Page 2 of 2
*Great Divide Insurance Co. v. Mohammed Ali, et al.*  Civil Action No. 3:15-cv-0055-TMB

Case 3:15-cv-00055-TMB   Document 41   Filed 07/07/15   Page 2 of 2