Timothy M. Lynch
Hozubin, Moberly, Lynch & Associates
711 M Street, Suite 2
Anchorage, Alaska 99501
(907) 276-5297 telephone
(907) 276-5291 facsimile
tlynch@northlaw.com

*Attorneys for Great Divide Insurance Company*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREAT DIVIDE INSURANCE COMPANY )<br>)<br>Plaintiff, )<br>v. )<br>)<br>MOHAMMED ALI, individually, VALERY )<br>ALI, individually, BENGAL BUILDER, INC., )<br>BENGAL GROUP, LLC, A&V FAMILY )<br>TRUST, EASIN ALI, individually, and )<br>SHAIKH A. BASHAR, individually )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 3:15-cv-0055-TMB |

## SETTLEMENT AGREEMENT WITH
## MOHAMMED ALI & VALERY ALI

### Introduction

Evanston Insurance Company issued the following policies of insurance:

| Policy Number | Policy Term | Named Insured |
|---|---|---|
| GC942645 | 08/25/2010 – 08/25/2011 | Bengal Groups, LLC |
| GC946129 | 08/25/2011 – 08/25/2012 | Bengal Groups, LLC |
| GC955413 | 12/12/2013 – 12/12/2014 | Bengal Builder, Inc. |

Settlement Agreement w/ Mohammed Ali & Valery Ali   Page 1 of 11
*Great Divide Insurance Co. v. Mohammed Ali, et al.*   Civil Action No. 3:15-cv-0055-TMB

Case 3:15-cv-00055-TMB   Document 43   Filed 01/07/16   Page 1 of 11

On April 7, 2015 Mohammed Ali, Valery Ali, Bengal Groups LLC, A&V Family Trust and Bengal Builder, Inc. were named as parties in an Amended Complaint, either initially or as the result of subsequent motions to further amend the complaint, in litigation filed in the Superior Court for the State of Alaska, Third Judicial District at Anchorage with the caption of *Easin Ali and Shaikh A. Bashar v. W.W. Wilson III, Cash Alaska II, LLC, Mohamed Ali, Valery R. Ali, Bengal Builder, Inc., CNA Surety / Western Surety Company Bond No. 71427181, and John Does I-V* bearing case number 3AN-15-04840 CI (hereafter referred to as the "Ali Litigation").[1]

On April 7, 2015, this declaratory judgment action[2] was filed in the United States District Court for the District of Alaska.

On April 29, 2015, J.E. Wiederholt of the firm of Aglietti, Offret & Woofter entered his appearance[3] on behalf of Easin Ali (hereafter "Ali") and Shaikh a. Bashar (hereafter "Bashar"), the plaintiffs in the underlying state court action.

On May 7, 2015 Mohammed Ali and Valery Ali filed a voluntary petition for Chapter 7 bankruptcy in case number A15-00127-GS. The petition was filed solely on their behalf and not on behalf of Bengal Groups LLC, A&V Family Trust or Bengal Builder, Inc. See Documents 8 and 8-1 filed herein which provide notice of the bankruptcy filing.

On May 11, 2015, the federal court ordered[4] that Great Divide take action with regard to a default of Bengal Builder, Inc, Bengal Group, LLC, and A&V Family Trust as they had not sought protection of the Bankruptcy Court nor had they appeared and/or answered the declaratory judgment complaint.

---

[1] Document 1-1.
[2] Document 1.
[3] Document 5.
[4] Document 6.

Settlement Agreement w/ Mohammed Ali & Valery Ali
*Great Divide Insurance Co. v. Mohammed Ali, et al.*
Page 2 of 11
Civil Action No. 3:15-cv-0055-TMB

Case 3:15-cv-00055-TMB   Document 43   Filed 01/07/16   Page 2 of 11

On June 10, 2015 the court confirmed that a stay had been entered as to defendants Mohammed Ali and Valery Ali and gave Ali and Bashar until June 30, 2015 to file their Answer.[5]

On June 10, 2015 the court ordered Great Divide to take action with regard to Bengal Builder, Inc, Bengal Group, LLC, and A&V Family Trust within fourteen (14) days.[6]

On June 11, 2015, Great Divide filed an application to the Clerk of Court for entry of default with regard to A&V Family Trust[7], Bengal Builder, Inc,[8] Bengal Group, LLC.[9]

On June 22, 2015 the Clerk of Court entered default as to A&V Family Trust,[10] Bengal Builder, Inc.,[11] and Bengal Group, LLC.[12]

On July 1, 2015, since Bashar and Ali had not filed and served their Answer to the Declaratory Judgment Complaint within the time limit extension to which they had agreed, applications for entry of default were filed as to both individuals and served upon their attorney of record.[13]

On July 2, 2015 Motions for Final Judgment were filed as to A&V Family Trust,[14] Bengal Builder, Inc.,[15] Bengal Group, LLC.[16]

On July 6, 2015 the Clerk of Court entered default as to Bashar[17] and Ali.[18]

---

[5] Document 10.
[6] Document 11.
[7] Documents 12, 13, 14, and 14-1.
[8] Documents 15, 16, 17 and 17-1.
[9] Documents 18, 19, 20, and 20-1.
[10] Document 22.
[11] Document 23.
[12] Document 24.
[13] Documents 26, 26-1, 27, 27-1, 28, 28-1, 29, and 29-1.
[14] Documents 30, 30-1, 31 and 31-.1
[15] Documents 32, 32-1, 33 and 33-1.
[16] Documents 34, 34-1, 35 and 35-1.
[17] Document 36.
[18] Document 37.

Hozubin, Moberly, Lynch & Associates
711 M Street, Suite 2, Anchorage, Alaska 99501
P: 907.276.5297  F: 907.276.5291

Settlement Agreement w/ Mohammed Ali & Valery Ali
*Great Divide Insurance Co. v. Mohammed Ali, et al.*
Page 3 of 11
Civil Action No. 3:15-cv-0055-TMB

Case 3:15-cv-00055-TMB   Document 43   Filed 01/07/16   Page 3 of 11

On July 6, 2015 Bashar and Ali executed a settlement agreement[19] with Great Divide wherein they agreed in pertinent part that in consideration for the dismissal without costs and fees of the allegations in this declaratory judgment action against them:

> Ali and Bashar agree that should they be successful in obtaining a judgment, a settlement (with or without an admission of liability on the part of any of the Ali Defendants, their successors, agents and/or assigns), or a confession for damages in the Ali Litigation, the Bankruptcy proceeding or in any subsequent litigation or claim that they now have or may make in the future against the Bengal Defendants, individually or collectively, they will not attempt to collect any portion of such settlement, judgment or confession as a judgment creditor or as any other type of creditor from Great Divide its parent corporation, agents, predecessors, successors, and assigns.
>
> Ali and Bashar agree that they will not attempt to obtain by assignment, execution or by any other means any rights that any of the Bengal Defendants, their successors, agents and/or assigns might have or might claim to have to assert either contractual or extra-contractual obligations and duties on the part of Great Divide its parent corporation, agents, predecessors, successors, and assigns to provide a defense and/or indemnification to any of the Bengal Defendants in the Ali Litigation or in any subsequent litigation.
>
> Ali and Bashar further agree that they will not attempt to obtain by assignment, execution or by any other means any rights that any of the Bengal Defendants might have or might claim to have to any contractual or extra-contractual payments, reimbursements and/or damages against Great Divide arising from Great Divide's failure to provide a defense and/or indemnification to any of the Bengal Defendants in the Ali Litigation.
>
> Ali and Bashar further agree that they will not at any time cooperate in any fashion with any third party seeking to assert claims against Great Divide for any action or inaction on the part of Great Divide its parent corporation, agents, predecessors, successors, and assigns with regard to the review, analysis, and/or disclaimer of coverage under the insurance policies referenced above.

---

[19] Document 38-1

Settlement Agreement w/ Mohammed Ali & Valery Ali
*Great Divide Insurance Co. v. Mohammed Ali, et al.*
Page 4 of 11
Civil Action No. 3:15-cv-0055-TMB

Case 3:15-cv-00055-TMB   Document 43   Filed 01/07/16   Page 4 of 11

On July 7, 2015 the settlement agreement with Ali and Bashar was filed in the Court.[20]

On July 7, 2015 the court entered final judgments against A&V Family Trust[21], Bengal Builder, Inc.[22] and Bengal Group, LLC[23] each of which made reference to the specific entity and, with regard to that entity decreed as follows:

> 1) Great Divide insurance policy number GC955413 does not provide coverage to *(A& V Family Trust / Bengal Builder, Inc., / Bengal Group)* for any and all claims asserted by Easin Ali and Shaikh Bashar against Bengal Group, LLC including but not limited to the allegations and claims asserted in *Easin All and Shaikh A. Bashar v. W.W. Wilson III, Cash Alaska II, LLC, Mohamed All, Valery R. Ali, Bengal Builder, Inc., CNA Surety / Western Surety Company Bond No. 71427181, Bengal Builder LLC A&V Family Trust, and John Does I-V* bearing case number 3AN-15-4840 Civil.; and
>
> 2) *(A& V Family Trust / Bengal Builder, Inc., / Bengal Group)* and any or all of its agents, successors, heirs and assigns are enjoined from attempting to enforce any defense and/or indemnity provisions of insurance policy number GC955413 as to any and all claims asserted in *Easin All and Shaikh A. Bashar v. W.W. Wilson III, Cash Alaska II, LLC, Mohamed All, Valery R. Ali, Bengal Builder, Inc., CNA Surety / Western Surety Company Bond No. 71427181, Bengal Builder LLC A&V Family Trust, and John Does I-V* bearing case number 3AN-15-4840 Civil.

On July 8, 2015 the court entered an order[24] noting that only two defendants remain in this case, i.e. Mohammed Ali and Valery Ali. The order required that within 14 days of the resolution of the bankruptcy proceedings, Great Divide must move the Court to lift the stay that is currently in place and, by implication, proceed to bring this action to conclusion.

---

[20] Document 38.
[21] Document 39.
[22] Document 40.
[23] Document 41.
[24] Document 42.

Settlement Agreement w/ Mohammed Ali & Valery Ali
*Great Divide Insurance Co. v. Mohammed Ali, et al.*
Page 5 of 11
Civil Action No. 3:15-cv-0055-TMB

Case 3:15-cv-00055-TMB   Document 43   Filed 01/07/16   Page 5 of 11

Hozubin, Moberly, Lynch & Associates
711 M Street, Suite 2, Anchorage, Alaska 99501
P: 907.276.5297  F: 907.276.5291

**Terms & Conditions Of Agreement**

Following their anticipated discharge in bankruptcy, Mohammed Ali and Valery Ali have an interest in avoiding further expense and the disruption of litigation seeking coverage for any claims that might be asserted against them which could arguably come under the terms and conditions of any insurance policies issued by Great Divide. The three policies of general liability insurance referenced above issued by Great Divide have all expired with the most recent, policy number GC955413 having expired on December 12, 2014.[25]

With the exception of the claims asserted in the Ali Litigation, no claims have been filed with Great Divide wherein Mohammed Ali and/or Valery Ali have sought coverage under policy of GC955413. No claims of any type have been made under policies number GC942645 or GC946129.

Judgments have been entered against A&V Family Trust[26], Bengal Builder, Inc.[27] and Bengal Group, LLC[28] finding no coverage exists for the claims that have been asserted in the Ali Litigation. Bashar and Ali executed a settlement agreement[29] whereby they agreed not to pursue any recovery against Great Divide, either through assignment, by execution or by any other means.

Mohammed Ali and Valery Ali understand that, while their Chapter 7 bankruptcy petition has not, at this time, resulted in a discharge of all debts and obligations, Bashar and Ali, the only parties who could have a potential interest in or standing to obtain an assignment of any rights that Mohammed Ali and Valery Ali may believe they have as insureds under the Great

---

[25] Policy GC942645 had a policy term of 08/25/2010 to 08/25/2011. Policy GC946129 had a policy term of 08/25/2011 to 08/25/2012.
[26] Document 39.
[27] Document 40.
[28] Document 41.
[29] Document 38-1

Settlement Agreement w/ Mohammed Ali & Valery Ali  Page 6 of 11
*Great Divide Insurance Co. v. Mohammed Ali, et al.*  Civil Action No. 3:15-cv-0055-TMB

Case 3:15-cv-00055-TMB Document 43 Filed 01/07/16 Page 6 of 11

Divide insurance policies, have bound themselves to an agreement, approved by their attorney, whereby they have waived any ability to seek by voluntary assignment, judgment, execution or otherwise any right or ability to pursue Great Divide.

Mohammed Ali and Valery Ali understand that with regard to any other claimants, either in the Ali Litigation or in any other, as yet undisclosed matter, that there exists a number of defenses which Great Divide can and will raise with regard to any future claims for defense and/or indemnification that might be asserted.

Great Divide has an interest in avoiding future costs that may occur with regard to any claims for defense and/or indemnification that might be asserted by Mohammed Ali and/or Valery Ali, either directly or indirectly, arising under any policies of insurance issued by Great Divide.

Therefore, in consideration of the agreements set out below and once this settlement agreement is executed by Mohammed Ali and Valery Ali and approved by the Bankruptcy Court and the U.S. District Court, Great Divide will dismiss Mohammed Ali and Valery Ali with prejudice and without cost to them as defendants in the declaratory judgment action filed in the United States District Court for the District of Alaska with the caption of *Great Divide Insurance Company v. Mohammed Ali, Individually, Valery Ali, Individually, Bengal Builder, Inc., Bengal Group, LLC, A&V Family Trust, Easin Ali, Individually, and Shaikh A. Bashar, Individually* bearing case number *3:CV-0055-TMB*.

Mohammed Ali and Valery Ali agree that should the claims by Bashar and Ali not be discharged in bankruptcy and should Bashar and Ali be successful in obtaining a judgment, a settlement (with or without an admission of liability on the part of any of the Ali Defendants, their successors, agents and/or assigns), or a confession for damages in the Ali Litigation, in the

Settlement Agreement w/ Mohammed Ali & Valery Ali
*Great Divide Insurance Co. v. Mohammed Ali, et al.*
Page 7 of 11
Civil Action No. 3:15-cv-0055-TMB

Case 3:15-cv-00055-TMB   Document 43   Filed 01/07/16   Page 7 of 11

Bankruptcy proceeding or in any subsequent litigation or claim that they now have or may make in the future against Mohammed Ali and Valery Ali, that Mohammed Ali and Valery Ali will not attempt to collect any portion of such settlement, judgment or confession as a claim for indemnity from Great Divide its parent corporation, agents, predecessors, successors, and assigns

Mohammed Ali and Valery Ali agree that they will not attempt to assign or to transfer by any means any rights that they, their successors, agents and/or assigns might have or might claim to have under any of the three policies of insurance issued by Great Divide to assert either contractual or extra-contractual obligations and duties on the part of Great Divide its parent corporation, agents, predecessors, successors, and assigns to provide them with a defense and/or indemnification in the Ali Litigation or in any other claim or litigation whether arising from the factual circumstances of the Ali Litigation or from any other event.

Mohammed Ali and Valery Ali further agree that they will not attempt to assert, either directly or indirectly any claim for contractual or extra-contractual payments, reimbursements and/or damages against Great Divide, its agents, heirs, successors, or assigns arising from Great Divide's failure to provide a defense and/or indemnification to any of the Bengal Defendants in the Ali Litigation.

Mohammed Ali and Valery Ali further agree that they will not at any time cooperate in any fashion with any third party seeking to assert claims against Great Divide for any action or inaction on the part of Great Divide its parent corporation, agents, predecessors, successors, and assigns with regard to the review, analysis, and/or disclaimer of coverage under the insurance policies referenced above.

Hozubin, Moberly, Lynch & Associates
711 M Street, Suite 2, Anchorage, Alaska 99501
P: 907.276.5297   F: 907.276.5291

Mohammed Ali and Valery Ali further agree that should any claim, outside of and/or in addition to those which are subject to the provisions of this agreement require a judicial determination as to any obligation or duty on the part of Great Divide that the same will be resolved in the Declaratory Judgment Action which was filed in the United States District Court for the District of Alaska or, should it not be possible to reactivate that matter, in a new case to be filed in the federal court.

Mohammed Ali and Valery Ali further agree that this settlement agreement was drafted by counsel for Great Divide as a courtesy to all parties. Mohammed Ali and Valery Ali confirm that they have had the advice of their own attorney throughout this process. Any rule regarding construing a contract against the drafter is hereby waived. This document should be considered a joint document by Mohammed Ali and Valery Ali and Great Divide.

Mohammed Ali and Valery Ali and Great Divide agree to each be responsible for their own costs and attorney fees incurred in this matter up to and including the execution of this agreement.

IN WITNESS WHEREOF, I have set my hand and seal this ____ day of June, 2015.

_____
Mohammed Ali

State of Alaska            )
                           ) ss
Third Judicial District    )

THIS IS TO CERTIFY that on the 8th day of December, 2015, before me, the undersigned, a notary public in and for the State of Alaska, duly commissioned and sworn as such, personally appeared, MOHAMMED ALI, to me known and known to me to be the individual mentioned herein and whose name is subscribed in the foregoing instrument and who acknowledged to me that he signed this document freely and voluntarily for the uses and purposes therein contained.

WITNESS my hand and seal the day and year in this certificate first above written.

Hozubin, Moberly, Lynch & Associates
711 M Street, Suite 2, Anchorage, Alaska 99501
P: 907.276.5297  F: 907.276.5291

[Notary stamp: STATE OF ALASKA NOTARY PUBLIC, Dena Schlecht, My Commission Expires June 21, 2018]

_Dena Schlecht_
Notary Public in and for the State of Alaska
My Commission Expires: 6/21/18

IN WITNESS WHEREOF, I have set my hand and seal this ____ day of December, 2015.

_Valery R. Ali_
**Valery Ali**

State of Alaska            )
                           ) ss
Third Judicial District    )

THIS IS TO CERTIFY that on the 8th day of December, 2015, before me, the undersigned, a notary public in and for the State of Alaska, duly commissioned and sworn as such, personally appeared, VALERY ALI, to me known and known to me to be the individual mentioned herein and whose name is subscribed in the foregoing instrument and who acknowledged to me that she signed this document freely and voluntarily for the uses and purposes therein contained.

WITNESS my hand and seal the day and year in this certificate first above written.

_Dena Schlecht_
Notary Public in and for the State of Alaska
My Commission Expires: 6/21/18

[Notary stamp: STATE OF ALASKA NOTARY PUBLIC, Dena Schlecht, My Commission Expires June 21, 2018]

APPROVED AS TO FORM AND CONTENT

_[signature]_
**Terry P. Draeger**
ABA 8606049
Attorney for Mohammed Ali and Valery Ali

IN WITNESS WHEREOF, I have hereunder set my hand and seal this 21 day of December, 2015.

_Great Divide Insurance Company_
_by: [signature]_
**Great Divide Insurance Company**

Hozubin, Moberly, Lynch & Associates
711 M Street, Suite 2, Anchorage, Alaska 99501
P: 907.276.5297  F: 907.276.5291

Settlement Agreement w/ Mohammed Ali & Valery Ali                Page 10 of 11
*Great Divide Insurance Co. v. Mohammed Ali, et al.*              Civil Action No. 3:15-cv-0055-TMB

Case 3:15-cv-00055-TMB   Document 43   Filed 01/07/16   Page 10 of 11

State of Arizona         )
                         ) ss
County of Maricopa       )

THIS IS TO CERTIFY that on the _21_ day of December, 2015, before me, the undersigned, a notary public in and for the State of Arizona, duly commissioned and sworn as such, personally appeared, _RICHARD CONRAD_, to me known and known to me to be the individual mentioned herein and whose name is subscribed in the foregoing instrument and who acknowledged to me that he/she was authorized to sign this document on behalf of Great Divide Insurance Company and that he/she has signed this document freely and voluntarily for the uses and purposes therein contained.

WITNESS my hand and seal the day and year in this certificate first above written.

[Notary Seal: JEANETTE LEWIS, Notary Public - Arizona, Maricopa County, My Comm. Expires Apr 4, 2017]

_Jeanette Sixto AKA Jeanette Lewis_
Notary Public in and for the State of Arizona
My Commission Expires: _April 4, 2017_

APPROVED AS TO FORM AND CONTENT

_/s/ Timothy M. Lynch_
Timothy M. Lynch
ABA 7111030
Attorney for Great Divide Insurance Company

Hozubin, Moberly, Lynch & Associates
711 M Street, Suite 2, Anchorage, Alaska 99501
P: 907.276.5297   F: 907.276.5291