**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

*GREAT DIVIDE INSURANCE COMPANY v. MOHAMMED ALI, individually, VALERY ALI, individually, BENGAL BUILDER, INC., BENGAL GROUP, LLC, A&V FAMILY TRUST, EASIN ALI, individually, and SHAIKH A. BASHAR, individually.*
Case No. 3:15-cv-00055-TMB

By: THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS: ORDER GRANTING MOTION TO LIFT STAY AND MOTION TO DISMISS

This matter is before the Court on Plaintiff Great Divide Insurance Company's Motion to Lift Stay at docket 46, Motion to Dismiss at docket 47, and Request for Ruling at docket 49. Plaintiff previously filed a notice of settlement agreement and a dismissal of the action against Defendants Easin Ali and Shaikh Bashar.[1] The Court stayed the action with respect to the remaining defendants, Mohammed and Valery Ali, pending the resolution of bankruptcy proceedings before the U.S. Bankruptcy Court for the District of Alaska.[2] The Court directed Plaintiff to move the Court to lift the stay as to Defendants Mohammed and Valery Ali within 14 days of the resolution of the proceedings before the Bankruptcy Court.[3] The parties informed the Court of their intent to file the abovementioned motions[4] pursuant to Plaintiff's January 7, 2016 settlement agreement with Mohammed and Valery Ali.[5] Accordingly, Plaintiff's Motion to Lift Stay at docket 46 is GRANTED. Plaintiff's Motion to Dismiss with prejudice at docket 47 is GRANTED. Plaintiff's Request for Ruling at docket 49 is GRANTED. Each party shall bear its own fees and costs.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: October 17, 2016

---

[1] Dkt. 38.

[2] Dkt. 10.

[3] Dkt. 42.

[4] Dkt. 48.

[5] Dkt. 43.